# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

142229 & (54)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DANIEL RAY DOSENBERRY,
      Defendant-Appellant.

SC: 142229
COA: 292185
Allegan CC: 08-015985-FC

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the October 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

0321

_____
Clerk